**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Rebekah M. Nett,                                             Civil No. 12-448 (RHK)

        Plaintiff,                         **DISQUALIFICATION AND**
                                                          **ORDER FOR REASSIGNMENT**

vs.

Nauni Jo Manty, Trustee,

        Defendant.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 19, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  February 24, 2012

                                                  s/Richard H. Kyle
                                                  RICHARD H. KYLE
                                                  United States District Judge